respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

No. 67652.—Silvine Importers, Inc. v. United States, protests 61/6662, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature railroad locomotives similar in all material respects to those the subject of United States v. Polk's Model Craft Hobbies, Inc., et al. (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.

No. 67653.—Safeway Stores, Inc. v. United States, protest 62/3261 (Seattle).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in Falcon Sales Company and J. J. Murphy & Co. v. United States (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67654.—Biddle Purchasing Co. and Falcon Sales Company v. United States, protests 62/15065–16643 and 62/15193–16660 (New Orleans).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in Falcon Sales Company and J. J. Murphy & Co. v. United States (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67655.—M. Adler's Son, Inc. v. United States, protest 61/21280 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of Joseph Markovits, Inc. v. United States (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.